IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Arctic Glacier International, Inc.,<br><br>      Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 12-10605 (KG) |
| Eldar Brodski Zardinovsky a/k/a Eldar Brodski a/k/a Eldar Brodski (Zardinovsky), EB Books, Inc., EB Design, Inc., EB Online, Inc., EB Imports, Inc., Lazdar Inc., Eldar Brodski Inc., Y Capital Advisors Inc., Valley West Realty Inc., Ruben Brodski, Ruben Brodski Inc., Ester Brodski, and Yehonathan Brodski,<br><br>      Plaintiffs,<br><br>      v.<br><br>Arctic Glacier Income Fund, James E. Clark, Gary A. Filmon, David R. Swaine, and Hugh A. Adams,<br><br>      Defendants. | Adv. Proc. No. 15-51732 (KG) |

**DECLARATION OF KEVIN S. MANN IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

KEVIN S. MANN, Esq., hereby makes the following declaration under penalty of

perjury, pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with the law firm Cross & Simon LLC, co-counsel for Plaintiffs

Eldar Brodski Zardinovsky a/k/a Eldar Brodski a/k/a Eldar Brodski (Zardinovsky), EB Books,

Inc., EB Design, Inc., EB Online, Inc., EB Imports, Inc., Lazdar Inc., Eldar Brodski Inc., Y

Capital Advisors Inc., Valley West Realty Inc., Ruben Brodski, Ruben Brodski Inc., Ester

Brodski, and Yehonathan Brodski (collectively, the "Plaintiffs") in the above-captioned

adversary proceeding. I respectfully submit this Declaration in support of *Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint*.

2. Attached hereto as Exhibit 1 is a true and correct copy of the SEC Release No. 34-62434 (July 1, 2010).

3. Attached hereto as Exhibit 2 is a true and correct copy of FINRA Rule 6490, last accessed from the website http://finra.complinet.com/en/display/display_main.html?rbid=2403&element_id=9364, on March 9, 2016.

4. Attached hereto as Exhibit 3 is a true and correct copy of FINRA Rule 11400, last accessed from the website http://finra.complinet.com/en/display/display_main.html?rbid=2403&element_id=9651, on March 9, 2016.

5. Attached hereto as Exhibit 4 is a true and correct copy of the NASD Notice to Members 00-54.

6. Attached hereto as Exhibit 5 is a true and correct copy of FINRA Rule 11100, last accessed from the website http://finra.complinet.com/en/display/display_main.html?rbid=2403&element_id=9643, on March 9, 2016.

7. Attached hereto as Exhibit 6 is a true and correct copy of the article, "Your company may be 'publicly traded' without your knowledge – and there may be a price to pay," written by Gustav L. Schmidt, last accessed from the website http://www.thesecuritiesedge.com/2012/02/your-company-may-be-publicly-traded-without-your-knowledge-and-there-may-be-a-price-to-pay/, on March 9, 2016.

8. Attached hereto as Exhibit 7 is a true and correct copy of the article, "Community Banks and Compliance with FINRA Rule 6490," written by Susan Zaunbrecher and Christian

2

Gonzalez, dated January 5, 2012.

9.    Attached hereto as Exhibit 8 is a true and correct copy of *Anger v. Berkshire Investment Group, Inc.*, 2001 CarswellOnt 329, [2001] O.J. No. 379, 102 A.C.W.S. (3d) 1067, 141 O.A.C. 301

10.    Attached hereto as Exhibit 9 is a true and correct copy of *Dobbie v. Arctic Glacier Income Fund*, 2011 CarswellOnt 1301, 2011 ONSC 25, [2011] O.J. No. 932, 3 C.P.C. (7th) 261.

11.    Attached hereto as Exhibit 10 is a true and correct copy of *Dobbie v. Arctic Glacier Income Fund*, 2012 CarswellOnt 886, 2012 ONSC 773, 109 O.R. (3d) 607, 211 A.C.W.S. (3d) 480.

12.    Attached hereto as Exhibit 11 is a true and correct copy of *Holmes v. United Furniture Warehouse Ltd. Partnership*, 2012 CarswellBC 1481, 2012 BCCA 226, [2012] B.C.W.L.D. 5349, [2012] B.C.W.L.D. 5354, [2012] B.C.W.L.D. 5355, [2012] B.C.W.L.D. 5370, 215 A.C.W.S. (3d) 62, 322 B.C.A.C. 145, 349 D.L.R. (4th) 288, 34 B.C.L.R. (5th) 306, 549 W.A.C. 145.

13.    Attached hereto as Exhibit 12 is a true and correct copy of *Lawrence v. Atlas Cold Storage Holdings Inc.*, 2006 CarswellOnt 5716, [2006] O.J. No. 3748, 151 A.C.W.S. (3d) 408, 34 C.P.C. (6th) 41.

14.    Attached hereto as Exhibit 13 is a true and correct copy of *Lawrence v. Atlas Cold Storage Holdings Inc.*, 2007 CarswellOnt 479, [2007] O.J. No. 351, 154 A.C.W.S. (3d) 1055.

15.    Attached hereto as Exhibit 14 is a true and correct copy of *Locking v. McCowan*, 2015 CarswellOnt 12544, 2015 ONSC 4435, 258 A.C.W.S. (3d) 16.

16.    Attached hereto as Exhibit 15 is a true and correct copy of *Locking v. McCowan*, 2016 CarswellOnt 1272, 2016 ONCA 88.

17.    Attached hereto as Exhibit 16 is a true and correct copy of *R. v. Wolf*, 1974 CarswellAlta 189, 1974 CarswellAlta 98, [1974] 6 W.W.R. 368, [1975] 2 S.C.R. 107, 17 C.C.C.

(2d) 425, 27 C.R.N.S. 150, 2 N.R. 415, 47 D.L.R. (3d) 741.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 14, 2016                  */s/ Kevin S. Mann*
                                                     Kevin S. Mann (No. 4576)