

MARCOS A. RAMOS
DIRECTOR
302-651-7566
ramos@rlf.com

March 17, 2016

**Via Hand Delivery (w/ encls.)
and Via ECF (w/o encls.)**

The Honorable Kevin Gross
United States Bankruptcy Court
  for the District of Delaware
824 N. Market Street, 6th Floor
Wilmington, DE 19801

      Re:    Brodski, *et al.* v. Arctic Glacier Income Fund, *et al.*,
              Adv. Proc. No. 15-51732 (KG)

Dear Judge Gross:

      We are co-counsel for defendants Arctic Glacier Income Fund, James E. Clark, Gary A. Filmon, David R. Swaine, and Hugh A. Adams (collectively, the "Defendants") in the above-captioned adversary proceeding.

      On January 21, 2016, the Defendants filed their *Defendants' Motion to Dismiss the Complaint* [D.I. 15] (the "Motion") and supporting brief [D.I. 16] and declaration [D.I. 17]. The Plaintiffs' answering brief [D.I. 27] and declaration in support thereof [D.I. 28] were filed on March 14, 2016. Defendants' reply brief in further support of the Motion will be filed on or before April 7, 2016, thereby completing briefing on the Motion.

      On February 24, 2016, the undersigned counsel and Kevin S. Mann, Esq., counsel for the Plaintiffs, contacted Your Honor's Chambers and spoke with Ms. Sherry Scaruzzi regarding a date for the initial status conference in this proceeding and/or oral argument on the Defendants' Motion. The parties were provided a hearing date of April 19, 2016, at 2:00 p.m. (ET) (the "Hearing Date"), and two hours were scheduled on that date, assuming that the Court might grant the Defendants' request for oral argument [D.I. 26] on their Motion.

      Given the proximity of the Hearing Date (April 19) to the date of completion of briefing on the Motion (April 7), I confirmed to Ms. Scaruzzi during the February 24, 2016 conversation that I would deliver a copy of the Motion, opening brief, answering brief and related supporting documents to the Court after the filing of the answering brief, in order to provide additional time

∎ ∎ ∎

The Honorable Kevin Gross
March 17, 2016
Page 2

to the Court prior to the Hearing Date for its review of the Motion. Accordingly, enclosed please find three binders that contain the aforesaid filings. Upon completion of briefing on the Motion on April 7, I will supplement the enclosed binders to include the Defendants' reply brief and any related supporting filings.

The undersigned is available at the convenience of the Court should Your Honor have any questions in advance of the Hearing Date about the matters addressed herein or otherwise.

Respectfully submitted,

Marcos A. Ramos

Enclosures

cc: David Woodcock, Esq. (via email w/o encls.)
    Mark W. Rasmussen, Esq. (via email w/o encls.)
    Brendan J. Schlauch, Esq. (via email w/o encls.)
    Jaclyn H. Grodin, Esq. (via email w/o encls.)
    Kevin S. Mann, Esq. (via email w/o encls. and hand delivery w/ encls.)