# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ARCTIC GLACIER INTERNATIONAL, INC., | ) | Chapter 15 |
| | ) | |
| Debtors in a Foreign Proceeding. | ) | Case No. 12-10605 (KG) |
| | ) | |
| ELDAR BRODKSI ZARDINOVSKY a/k/a ELDAR BRODSKI a/k/a ELDAR BRODSKI (ZARDINOVSKY); EB BOOKS, INC.; EB DESIGN, INC.; EB ONLINE, INC.; EB IMPORTS, INC.; LAZDAR INC.; ELDAR BRODSKI INC.; Y CAPITAL ADVISORS INC.; VALLEY WEST REALTY INC.; RUBEN BRODSKI; RUBEN BRODSKI INC.; ESTER BRODSKI, and YEHONATHAN BRODKSI, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. Proc. No. 15-51732 (KG) |
| ARCTIC GLACIER INCOME FUND; JAMES E. CLARK; GARY A. FILMON; DAVID R. SWAINE; and HUGH A. ADAMS, | ) | Re: D.I. Nos. 15, 16 & 30 |
| Defendants. | ) | |

## SECOND DECLARATION OF MARCOS A. RAMOS, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

MARCOS A. RAMOS, Esq., hereby makes the following declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a Director of the law firm of Richards, Layton & Finger, P.A., co-counsel to defendants Arctic Glacier Income Fund, James E. Clark, Gary A. Filmon, David R. Swaine, and Hugh A. Adams (collectively, the "Defendants") in the above-captioned adversary proceeding. I respectfully submit this Second Declaration in support of the *Defendants' Motion to Dismiss the*

*Complaint* [D.I. 15] (the "Motion"), the *Defendants' Opening Brief in Support of Motion to Dismiss the Complaint* [D.I. 16] (the "Opening Brief")[1] and the *Defendants' Reply Brief in Support of Motion to Dismiss the Complaint* (the "Reply Brief") submitted in support of the Motion.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the Fifteenth Report of the Monitor Alvarez & Marsal Canada, Inc., *In re Arctic Glacier Int'l Inc., et al.*, No. CI-12-01-76323 (Can. M.Q.B. May 14, 2014), as referred to in the Reply Brief.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of the Twenty-third Report of the Monitor Alvarez & Marsal Canada, Inc., *In re Arctic Glacier International Inc., et al.*, No. CI-12-01-76323 (Can. M.Q.B. Nov. 9, 2015), as referred to in the Reply Brief.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of the FINRA Manual, Notice 10-38, as referred to in the Reply Brief.

Dated: April 7, 2016
    Wilmington, Delaware

　　　　　　　　　　　　　　　　　　/s/ Marcos A. Ramos
　　　　　　　　　　　　　　　　　　Marcos A. Ramos, Esq. (No. 4450)

---

[1] Any capitalized term not expressly defined herein shall have the meaning ascribed to it in the Opening Brief.

RLF1 14319549v.1