

MARCOS A. RAMOS
DIRECTOR
302-651-7566
ramos@rlf.com

April 8, 2016

**Via Hand Delivery (w/ encls.)**
**and Via ECF (w/o encls.)**

The Honorable Kevin Gross
United States Bankruptcy Court
 for the District of Delaware
824 N. Market Street, 6th Floor
Wilmington, DE 19801

   Re: **Brodski,** *et al.* **v. Arctic Glacier Income Fund,** *et al.*,
     **Adv. Proc. No. 15-51732 (KG)**

Dear Judge Gross:

  We are co-counsel for defendants Arctic Glacier Income Fund, James E. Clark, Gary A. Filmon, David R. Swaine, and Hugh A. Adams (collectively, the "Defendants") in the above-captioned adversary proceeding. I write further to my letter dated March 17, 2016 (the "Letter"). As described therein, on January 21, 2016, the Defendants filed their *Defendants' Motion to Dismiss the Complaint* [D.I. 15] (the "Motion") and supporting brief [D.I. 16] and declaration [D.I. 17].

  On February 24, 2016, the undersigned counsel and Kevin S. Mann, Esq., counsel for the Plaintiffs, contacted Your Honor's Chambers and spoke with Ms. Sherry Scaruzzi regarding a date for the initial status conference in this proceeding and oral argument on the Defendants' Motion. The parties were provided a hearing date of April 19, 2016, at 2:00 p.m. (ET) (the "Hearing Date"), and two hours were scheduled on that date for the status conference and argument.

  Under the Letter, we delivered to the Court copies of the Motion, supporting filings, and the Plaintiffs' answering brief [D.I. 27] and declaration in support thereof [D.I. 28], in order to provide additional time to the Court prior to the Hearing Date for its review of the Motion. I also confirmed to the Court that I would supplement the documents with the Defendants' reply brief and any related supporting filings upon the completion of briefing on the Motion.

The Honorable Kevin Gross
April 8, 2016
Page 2

On April 7, the Defendants filed their *Defendants' Reply Brief in Support of Motion to Dismiss the Complaint* [D.I. 30] (the "Reply Brief") and *Second Declaration of Marcos A. Ramos, Esq. in Support of Defendants' Motion to Dismiss the Complaint* [D.I. 31] (the "Second Declaration"), thereby completing briefing on the Motion.  Accordingly, enclosed herewith please find one binder containing the updated index to the filings related to the Motion, the Reply Brief, and the Second Declaration.

The undersigned is available at the convenience of the Court should Your Honor have any questions in advance of the Hearing Date about the matters addressed herein or otherwise.

Respectfully submitted,

Marcos A. Ramos

Enclosures

cc: David Woodcock, Esq. (via email w/o encls.)
    Mark W. Rasmussen, Esq. (via email w/o encls.)
    Brendan J. Schlauch, Esq. (via email w/o encls.)
    Jaclyn H. Grodin, Esq. (via email w/o encls.)
    Kevin S. Mann, Esq. (via email w/o encls. and hand delivery w/ encls.)