## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| ARCTIC GLACIER INTERNATIONAL, INC., ) | Chapter 15 |
| ) | |
| Debtors in a Foreign Proceeding. ) | Case No. 12-10605 (KG) |
| ) | |
| _____ ) | |
| ) | |
| ELDAR BRODKSI ZARDINOVSKY a/k/a ELDAR ) | |
| BRODSKI a/k/a ELDAR BRODSKI ) | |
| (ZARDINOVSKY); EB BOOKS, INC.; EB DESIGN, ) | |
| INC.; EB ONLINE, INC.; EB IMPORTS, INC.; ) | |
| LAZDAR INC.; ELDAR BRODSKI INC.; Y ) | |
| CAPITAL ADVISORS INC.; VALLEY WEST ) | |
| REALTY INC.; RUBEN BRODSKI; RUBEN ) | |
| BRODSKI INC.; ESTER BRODSKI, and ) | |
| YEHONATHAN BRODKSI, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Proc. No. 15-51732 (KG) |
| ) | |
| ARCTIC GLACIER INCOME FUND; JAMES E. ) | |
| CLARK; GARY A. FILMON; DAVID R. SWAINE; ) | |
| and HUGH A. ADAMS, ) | **Re: D.I. 1, 15, 16, 17, 26, 27, 28,** |
| ) | **30 & 31** |
| Defendants. ) | |
| ) | |
| _____ ) | |

## NOTICE OF COMPLETION OF BRIEFING[1]

PLEASE TAKE NOTICE THAT briefing is complete on the *Defendants' Motion to Dismiss the Complaint* [D.I. 15] (the "Motion") filed on January 21, 2016.  Pursuant to Rule 7007-4 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, Defendants Arctic Glacier Income Fund, James E. Clark, Gary A.

---

[1]  Oral argument is scheduled for April 19, 2016 at 2:00 p.m.  The filings referenced in the within Notice of Completion of Briefing were submitted to the Court on March 17, 2016 and supplemented on April 7, 2016.  Pursuant to the Court's direction, the Defendants have been instructed to not provide duplicate copies of the filings contained herein.

Filmon, David R. Swaine and Hugh A. Adams advise the Court that the following pleadings and

filings are relevant to the Motion:

1.      Complaint [D.I. 1; filed October 30, 2015];

2.      Defendants' Motion to Dismiss the Complaint [D.I. 15; filed January 21, 2016];

3.      Defendants' Opening Brief in Support of Motion to Dismiss the Complaint [D.I. 16; filed January 21, 2016];

4.      Declaration of Marcos A. Ramos, Esq. in Support of Defendants' Motion to Dismiss the Complaint [D.I. 17; filed January 21, 2016];

5.      Request for Oral Argument [D.I. 26; filed February 25, 2016];

6.      Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint [D.I. 27; filed March 14, 2016];

7.      Declaration of Kevin S. Mann in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint [D.I. 28; filed March 14, 2016];

8.      Defendants' Reply Brief in Support of Motion to Dismiss the Complaint [D.I. 30; filed April 7, 2016];

9.      Second Declaration of Marcos A. Ramos, Esq. in Support of Defendants' Motion to Dismiss the Complaint [D.I. 31; filed April 7, 2016].

RLF1 14348959v.1

Dated: April 15, 2016
      Wilmington, Delaware

Respectfully submitted,

*/s/ Brendan J. Schlauch*
Paul N. Heath (No. 3704)
Marcos A. Ramos (No. 4450)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700

- and -

David Woodcock (Texas Bar No. 24028140)
Mark W. Rasmussen (Texas Bar No. 24086291)
Arielle S. Tobin (Texas Bar No. 24079423)
Allison L. Fuller (Texas Bar No. 24087547)
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone:  (214) 220-3939

***Attorneys for Defendants***