IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Arctic Glacier International, Inc.,<br><br>    Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 12-10605 (KG) |
| Eldar Brodski Zardinovsky a/k/a Eldar Brodski a/k/a Eldar Brodski (Zardinovsky), EB Books, Inc., EB Design, Inc., EB Online, Inc., EB Imports, Inc., Lazdar Inc., Eldar Brodski Inc., Y Capital Advisors Inc., Valley West Realty Inc., Ruben Brodski, Ruben Brodski Inc., Ester Brodski, and Yehonathan Brodski,<br><br>    Plaintiffs,<br><br>v.<br><br>Arctic Glacier Income Fund, James E. Clark, Gary A. Filmon, David R. Swaine, and Hugh A. Adams,<br><br>    Defendants. | Adv. Proc. No. 15-51732 (KG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 19, 2016 AT 2:00 P.M.**

**ADV. NO. 15-51732 - MATTER GOING FORWARD**

1.    Defendants' Motion to Dismiss the Complaint [D.I. 15; Filed 1/21/2016].

    Response Deadline:    March 14, 2016 at 4:00 p.m.

    Responses Received:    See below.

Related Documents:

    A.    Complaint [D.I. 1; Filed 10/30/2015];

    B.    Defendants' Opening Brief in Support of Motion to Dismiss the Complaint [D.I. 16; Filed 1/21/2016];

    C.    Declaration of Marcos A. Ramos, Esq. in Support of Defendants' Motion to Dismiss the Complaint [D.I. 17; Filed 1/21/2016];

    D.    Request for Oral Argument [D.I. 26; Filed 2/25/2016];

    E.    Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint [D.I. 27; Filed 3/14/2016];

    F.    Declaration of Kevin S. Mann in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint [D.I. 28; Filed 3/14/2016];

    G.    Defendants' Reply Brief in Support of Motion to Dismiss the Complaint [D.I. 30; Filed 4/7/2016];

    H.    Second Declaration of Marcos A. Ramos, Esq. in Support of Defendants' Motion to Dismiss the Complaint [D.I. 31; Filed 4/7/2016]; and

    I.    Notice of Completion of Briefing [D.I. 34; Filed 4/15/2016].

Status: This matter is going forward. All documents have been delivered to Chambers.

Dated: April 15, 2016

CROSS & SIMON, LLC

/s/ Kevin S. Mann
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
Email: csimon@crosslaw.com
       kmann@crosslaw.com

-and-

MITCHELL SILBERBERG & KNUPP LLP
David Gordon, Esquire
Jaclyn H. Grodin, Esquire
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Email: dbg@msk.com
       jhg@msk.com

*Attorneys for the Plaintiffs*
