# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ARCTIC GLACIER INTERNATIONAL INC. |
| **Case Number:** | 12-10605-KG    **Chapter:** 15 |
| **Date / Time / Room:** | TUESDAY, APRIL 19, 2016 02:00 PM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

### *Matters:*

1) Oral Argument in Adv. 15-51732 Motion to Dismiss /  Status Conference
   **R / M #:**   437 / 0

2) **ADV: 1-15-51732**
   **Eldar Brodski Zardinovsky vs Arctic Glacier Income Fund**
   Status Conference / ORAL ARGUMENT - MOTION TO DISMISS
   **R / M #:**   35 / 0

### *Appearances:*

   SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

   HEARING HELD. AGENDA ITEMS:
   #1 - ADV. #15-51732 - Motion to Dismiss the Complaint. - Judge Gross will issue an Opinion soon.