# SIGN-IN-SHEET

**CASE NAME:** Arctic Glacier International Inc.  
**CASE NO.:** 12-10605 / Adv. 15-51732 (KG)  
**COURTROOM LOCATION:** 3  
**DATE:** 4/19/16

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Woolrick | Sarge Day | Debtors |
| Mark Rasmussen | " | " |
| Marcus Ramos | Richards Layton + Finger | |
| Matthew Lunn | YCST | Losito |
| Kevin Mann | Cross; Simon | Plaintiffs |
| David Gordon | Mitchell Silberberg + Knupp LLP | Nichols |
| Aidan Brodski | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 04/19/2016
Calendar Time: 02:00 PM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Arctic Glacier International Inc. | 12-10605 (15-5173 2) | Hearing | 7559461 | Ji Hun Kim | (212) 728-8000 | Willkie Farr & Gallagher LLP | Monitor, Alvarez & Marsal / LISTEN ONLY |

Copyright © 2016 CourtCall, LLC. All Rights Reserved.