# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| | : | |
| Arctic Glacier International, Inc. | : | Case No. 12-10605(KG) |
| | : | (Jointly Administered) |
| Debtors in a foreign proceeding. | : | |
| | : | |
| Eldar Brodski Zardinovsky a/k/a Eldar Brodski a/k/a Eldar Brodski (Zardinovsky), EB Books, Inc., EB Design, Inc., EB Online, Inc., EB Imports, Inc., Lazdar Inc., Eldar Brodski Inc., Y Capital Advisors Inc., Valley West Realty Inc., Ruben Brodski, Ruben Brodski Inc., Ester Brodski, and Yehonathan Brodski, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. No. 15-51732(KG) |
| | : | |
| Arctic Glacier Income Fund, James E. Clark, Gary A. Filmon, David R. Swaine, and Hugh A. Adams, | : | |
| | : | |
| Defendants. | : | **Re: D.I. 15** |

## ORDER

Plaintiffs[1] filed a complaint in the above-captioned adversary proceeding on October 30, 2015. Adv. Pro. D.I. 1. The Defendants thereafter moved to dismiss the complaint. Adv. Pro. D.I. 15. The parties have fully briefed the motion to dismiss and the Court heard oral argument on April 19, 2016.

---

[1] EB Books, Inc., EB Design, Inc., EB Online, Inc., EB Imports, Inc., Lazdar Inc., Eldar Brodski Inc., Y Capital Advisors Inc., Valley West Realty Inc., Ruben Brodski, Ruben Brodski Inc., Ester Brodski, and Yehonathan Brodski.

The Court has now issued a Memorandum Opinion addressing the motion to dismiss. For the reasons contained in the Memorandum Opinion, IT IS ORDERED this 13th day of July, 2016, that the motion to dismiss the adversary proceeding is granted.

Dated: July 13, 2016

_____
KEVIN GROSS, U.S.B.J.