IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Arctic Glacier International, Inc.,<br><br>      Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 12-10605 (KG) |
| Eldar Brodski Zardinovsky a/k/a Eldar Brodski a/k/a Eldar Brodski (Zardinovsky), EB Books, Inc., EB Design, Inc., EB Online, Inc., EB Imports, Inc., Lazdar Inc., Eldar Brodski Inc., Y Capital Advisors Inc., Valley West Realty Inc., Ruben Brodski, Ruben Brodski Inc., Ester Brodski, and Yehonathan Brodski,<br><br>      Plaintiffs,<br><br>      v.<br><br>Arctic Glacier Income Fund, James E. Clark, Gary A. Filmon, David R. Swaine, and Hugh A. Adams,<br><br>      Defendants. | Adv. Proc. No. 15-51732 (KG)<br><br>**Re: Adv. Docket No. 38** |

## NOTICE OF APPEAL

Plaintiffs Eldar Brodski Zardinovsky a/k/a Eldar Brodski a/k/a Eldar Brodski (Zardinovsky), EB Books, Inc., EB Design, Inc., EB Online, Inc., EB Imports, Inc., Lazdar Inc., Eldar Brodski Inc., Y Capital Advisors Inc., Valley West Realty Inc., Ruben Brodski, Ruben Brodski Inc., Ester Brodski, and Yehonathan Brodski, (collectively, the "Plaintiffs"), by and through undersigned counsel, hereby appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, from the *Order* [Adversary Docket No. 38] granting Defendants' Motion to Dismiss the Complaint, entered on July 13, 2016, by the Honorable Kevin Gross, United States Bankruptcy Court Judge for the District of Delaware (a copy of which is attached hereto

1

as Exhibit "A"). This Notice of Appeal is timely pursuant to Rules 8002 and 9006 of the Federal Rules of Bankruptcy Procedure.

The names of the parties to this appeal and the names and addresses of their respective counsel are as follows:

| PARTY | COUNSEL |
|---|---|
| **Appellants:**<br><br>Eldar Brodski Zardinovsky a/k/a Eldar Brodski a/k/a Eldar Brodski (Zardinovsky), EB Books, Inc., EB Design, Inc., EB Online, Inc., EB Imports, Inc., Lazdar Inc., Eldar Brodski Inc., Y Capital Advisors Inc., Valley West Realty Inc., Ruben Brodski, Ruben Brodski Inc., Ester Brodski, and Yehonathan Brodski | Christopher P. Simon (No. 3697)<br>Kevin S. Mann (No. 4576)<br>CROSS & SIMON, LLC<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br><br>David Gordon, Esq.<br>MITCHELL SILBERBERG & KNUPP LLP<br>12 East 49th Street, 30th Floor<br>New York, New York 10017-1028 |
| **Appellees:**<br><br>Arctic Glacier Income Fund, James E. Clark, Gary A. Filmon, David R. Swaine, and Hugh A. Adams | Paul N. Heath, Esq.<br>Marcos A. Ramos, Esq.<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>Wilmington, Delaware 19899<br><br>David Woodcock, Esq.<br>Mark W. Rasmussen, Esq.<br>Arielle S. Tobin, Esq.<br>Allison L. Fuller, Esq.<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, Texas 75201 |

Dated:  July 19, 2016

        CROSS & SIMON, LLC

        */s/ Kevin S. Mann*
        Christopher P. Simon (No. 3697)
        Kevin S. Mann (No. 4576)
        1105 North Market Street, Suite 901
        Wilmington, Delaware 19801
        Telephone: (302) 777-4200
        Facsimile: (302) 777-4224
        csimon@crosslaw.com
        kmann@crosslaw.com

        -and-

        MITCHELL SILBERBERG & KNUPP LLP
        David Gordon, Esquire
        12 East 49th Street, 30th Floor
        New York, New York 10017-1028
        Telephone: (212) 509-3900
        Facsimile: (212) 509-7239
        dbg@msk.com

        *Attorneys for the Plaintiffs*